UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY BURCH, | ) | CASE NO. 1:14CV1473 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On June 3, 2015, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 18) recommending that the Court REVERSE the Commissioner's decision and REMAND this matter for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No one has raised any objections.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby REVERSED and the matter is REMANDED for further proceedings.

IT IS SO ORDERED.


Dated:  June 22, 2015            */s/ John R. Adams*_____
                                  JOHN R. ADAMS
                                  UNITED STATES DISTRICT JUDGE